**Order entered January 13, 2015**



**In The**

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-14-01589-CR

**REGINALD THOMAS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F14-00358-V**

## ORDER

On January 9, 2015, this Court ordered the Dallas County District Clerk to file the clerk's record within fifteen days and Robin Benton, former official court reporter of the 292nd Judicial District Court to file the reporter's record within thirty days. The Court now has before it appellant's objection to the timetable established, asserting that with the timely motion for new trial, the appellate records are not overdue. Even with a timely motion for new trial, the clerk's and reporter's records are due by January 29, 2015. We sustain the objection to the extent that the order noted the records were overdue.

We **ORDER** the Dallas County District Clerk to file the complete clerk's record by **JANUARY 29, 2015**. The order that Ms. Benton file the reporter's record within thirty days of

January 9, 2015 remains in effect. If either the clerk or the court reporter needs additional time beyond those dates, they may seek an extension of time to file their respective records.

We note that in other cases, we have received from counsel Lori Ordiway motions to withdraw as counsel noting that she is returning to the Dallas County District Attorney's Office on February 2, 2015. Ms. Ordiway has not yet filed a motion to withdraw in this case. Nevertheless, we admonish the Dallas County District Clerk and Ms. Benton that the due dates of their respective records will not be stayed by any future order related to Ms. Ordiway's continued representation of appellant.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Felicia Pitre, Dallas County District Clerk; Robin Benton, official court reporter, County Criminal Court No. 8; Peri Wood, official court reporter, 292nd Judicial District Court; and to counsel for all parties.

/s/     ADA BROWN
          JUSTICE